IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; AND WAYPORT, INC.,<br><br>    Defendants. | Civil Action No. 12-cv-193-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; AND WAYPORT, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1631-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1632-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1633-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1634-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1635-LPS<br><br>JURY TRIAL DEMANDED |

| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1636-LPS<br><br>JURY TRIAL DEMANDED |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1637-LPS<br><br>JURY TRIAL DEMANDED |

## STIPULATION AMENDING SCHEDULING ORDER

Plaintiffs and Defendants, subject to the Court's approval, hereby agree to amend certain claim construction deadlines contained in the October 10, 2013 First Scheduling Order (D.I. 93) as follows:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Exchange Claim Terms (¶ 9) | March 13, 2014 | March 14, 2014 |
| Exchange Proposed Constructions (¶ 9) | March 13, 2014 | March 21, 2014 |
| Submit Proposal for Opening and Answering Brief Page Limits (¶ 10) | March 13, 2014 | March 21, 2014 |
| Parties Meet and Confer to Narrow Issues | | Week of March 24, 2014 |

|  | Respectfully submitted, |
|---|---|
| FARNAN LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (No. 4089)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>Attorneys for Plaintiffs | */s/ Benjamin J. Schladweiler*<br>Collins J. Seitz Jr. (No. 2237)<br>Benjamin J. Schladweiler (No. 4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br><br>Attorney for AT&T Mobility LLC and SBC Internet Service Inc. |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Jennifer Ying<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jying@mnat.com<br><br>Attorneys for T-Mobile USA, Inc., Nextel Operations, Inc. and Sprint Spectrum, L.P. | /s/ Steven J. Fineman<br>Steven J. Fineman (Bar No. 4025)<br>Katharine Lester (Bar No. 5629)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br><br>*Attorney for Defendant United States Cellular Corporation* |

DATED: March 6, 2014

SO ORDERED THIS _____ day of March, 2014.

_____
The Honorable Leonard P. Stark