

June 6, 2014

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE  19801-3556

  Re: *Intellectual Ventures I LLC, et al. v. AT&T Mobility LLC, et al.,*
    <u>(C.A. No. 12-cv-193-LPS & 13-cv-1631, 32, 33, 34, 35, 36, and 37-LPS)</u>

Dear Judge Stark:

  Pursuant to Your Honor's instructions during the discovery conference and on behalf of the parties, enclosed please find the parties' proposed Protective Order which incorporates Your Honor's rulings and does not include an acquisition bar.

  We are available at the Court's convenience should Your Honor have any questions.

          Respectfully submitted,

          /s/ Brian E. Farnan

          Brian E. Farnan

cc:  All Counsel (via E-Filing)